



FILED
CLERK, U.S. DISTRICT COURT

OCT 13 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>   v.<br><br>MARIA JOANNA VALLADARES<br><br>     Defendant. | Case No.: EDCR-16-00104-JGB<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- RECENT SUBSTANCE ABUSE
- SUBMISSION

1

1   and/or

2   B.      ( )   The defendant has not met his/her burden of establishing by clear and

3                 convincing evidence that he/she is not likely to pose a danger to the

4                 safety of any other person or the community if released under 18

5                 U.S.C. § 3142(b) or (c).  This finding is based on the following:

6   _____

7   _____

8   _____

9   _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated: 10/13/16

16                                    HONORABLE DAVID T. BRISTOW
                                      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28