# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA JOANNA VALLADARES,<br><br>Defendant. | Case No.  5:16-CR-00104-JGB<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 2, 2021, Defendant Maria Joanna Valladares ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 5:16-CR-00104-JGB.  The Court appointed David Reed of the CJA Panel as counsel for Defendant.  Appearing on behalf of Mr. Reed for this day's appearance was John Hanusz, also of the CJA Panel.

///

///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature of the instant allegations;
- Lack of information about the Defendant's background;
- Lack of verified information about Defendant;
- Substance use history;
- Unknown mental health history;
- Prior failures to appear;
- Prior probation and supervised release violations and revocations;
- Use of false identifiers.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature of the instant allegations;
- Unknown mental health history;
- Prior arrests and convictions for offenses involving drugs;
- Prior probation and supervised release violations and revocations;
- Substance use history.

## III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: November 2, 2021

                                     /s/
                            MARIA A. AUDERO
              UNITED STATES MAGISTRATE JUDGE